```
SCHUYLKILL COUNTY PRISON

Date:05/19/2000
Time:12:43

Receipt#:32432

Inmate Information
Name:PULLINS, SAMUEL E.
Booking#:010925
    PCP#:010381
    SS#: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

Beginning Balance:274.52
   Ending Balance:124.52

Housing Information
Section:MAIN
   Block:E
    Cell:8
     Bed:1

Date/Time       Code            Amount
Description     Type            Check
05/19/2000 12:43 WithDrawal     -150.00   for Civil Action 1:00-CV-00872
                FF
DLN#:

    Total All Transactions    -150.00
```

*Kanel MS*

FILED
SCRANTON
MAY 2 3 2000
PER _____ DEPUTY CLERK

========================
Inmate Signature Line

*Samuel E. Pullins*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Samuel E. Pullins v. County of Schuylkill, et al., : Civil Action No. 1:00-cv-00872

Inmate: Samuel E. Pullins
ID Number: 010381

FILED
HARRISBURG, P.
MAY 1 0 2000
MARY E. D'ANDREA, CLERK
Per _____

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

SCHUYLKILL COUNTY PRISON

Date:05/19/...
Time:12:43

Receipt#:32432

Inmate Information
Name:PULLINS, SAMUEL E.
Booking#:010925
   PCP#:010381
    SS#: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

Beginning Balance:274.52
   Ending Balance:124.52

Housing Information
Section:MAIN
   Block:E
    Cell:8
     Bed:1

| Date/Time | Code | Amount | |
|---|---|---|---|
| Description | Type | Check | |
| 05/19/2000 12:43 | WithDrawal FF | -150.00 | *for Civil Action 1:00-CV-00872* |

DLN#:

       Total All Transactions  -150.00

=================================
Inmate Signature Line

*Samuel E. Pullins*

```
Mon May 22 11:20:49 2000

UNITED STATES DISTRICT COURT
    SCRANTON    , PA

Receipt No.  333 79983
Cashier      tanya

Check Number: 11949

DD Code    Div No
 4667        3

Sub Acct Type Tender      Amount
0:5100PL  AR     2         90.00
1:6862PL  AR     2         60.00

Total Amount      $       150.00

SAMUEL PHILLIPS SCHUYLKILL COUNTY PA
SCH 819391

FILING FEE 00-CV-872
```