SAMUEL E. PULLINS
BERKS Co. PRISON # 6444-98
BERKS Co. PRISON, 1287
Co. WELFARE ROAD LEESPORT,
PA. 19533-9397.

6-1-2000

FILED
HARRISBURG, PA
JUN 7 2000
MARY E. D'ANDREA, CLERK
PC: _____

IN CASE, RE: 1:00-CV-00872, PULLINS V. COUNTY OF SCHUYLKILL. TO WHOM IT MAY CONCERN, JUDGE YVETTE KANE IS APPOINTTED TO THIS CASE. PLAINTIFF IS WRITTEN TO LETT, CLERKS OFFICE, U.S. DISTRICT COURT, 228 WALNUT STREET, P.O. BOX 983, HARRISBURG, PA. 17108. NO THAT PLAINTIFF HAS BEEN TRANSFERED TO BERKS COUNTY PRISON, BCP# 6444-98, 1287 COUNTY WELFARE ROAD, LEESPORT, PA 19533-9397. ALSO, PLAINTIFF WOULD LIKE TO PUT IN A CHANGE OF ADDRESS ON CASE RE: 1:00-CV-00769 PULLINS V. COMMONWEALTH OF PENN. SAME JUDGE APPOINTED TO THIS CASE.

VERY TRULY YOURS
Samuel E. Pullins