Samuel E. Pullins
BCP# 1998-6444
Berks County Prison
Berks County Welfare Rd.
Leesport, PA. 19533-9397

Kane/ Schmeltzing

DATE: 6/28/2000

(8)

        V.

County of Schuylkill ET. Al.

CASE# RE: 1:00-CV-00872

JUDGE; YVETTE KANE

                AMENDMENT ORDER:
        RULE 15. AMEND (D) Supplemental Pleading
PART II of PART I, RELIEF PART V.

3) B.) REQUIRES DEFENDANTS County of Sch.; Sch. Co.
PRISON, AND WARDEN GERALD BRITTON TO PAY
All Costs of Doctor (s) Bill (s), AND TO CONTINUE
TREATMENT FOR leg AND BACK INJURYs.

C.) REQUIRES DEFENDANTS County of Sch.; Sch. Co.
PRISON AND WARDEN GERALD BRITTON TO RE-
lease All MEDICAL RECORDS FROM SCH. Co.
MEDICAL DEPT; All MEDICAL RECORDS FROM
OUT SIDE DOCTOR(S).

C.) 2.) ORTHOPEDIC, DR. DAWSON; NEROLOGIST, DR. ASLAM,
of TESTS, OPINION, ORDERS, PRESCRIPTIONS, of EMG,
MRI, AND INFORMATION, REPORTS TO PlAINTiff AS
WELL AS All PARTS of missing MEDICAL RECORDS
FROM 9/8/99 of PlAINTiff INCARCERATION TO

DATE: 6/28/00

C.) 3.) 10/24/99, DATE of INCIDENT AS WELL AS INCIDENT REPORTS AND TREATMENT THEREAFTER UP TO THE FIRST TIME SEEING DEFENDANT DR. NARANG AND ALL INFORMATION of MEDICAL RECORDS IN THE FUTURE.

4.) COMPENSATORY DAMAGES IN THE AMOUNT of $300,000, TO PLAINTIFF SAMUEL E. Pullins FROM DEFENDANTS.

5.) PUNITIVE DAMAGES IN THE AMOUNT of $700,000, TO PLAINTIFF SAMUEL E. Pullins FROM DEFENDANTS.

7.) PLAINTIFF COST of THIS SUIT AND LAWYER FEE.


I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION, BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY of PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, TO THE BEST of MY KNOWLEDGE.

RESPECTFULLY SUBMITTED,
SAMUEL E. Pullins

DATE: 6/28/2000

Samuel E. Pullins

Samuel E. Pullins
BCP# 1998-6444
Berks County Prison
Leesport, PA. 19533-9397

JUN 2...
PER _____
HARRISBURG, PA.   OFFICE

I, Samuel E. Pullins, am sending this
letter to Clerk Office, U.S. District C.
House, Mary E D'Andrea Clerk, 228 Box 983
Harrisburg PA. 17108

To let the courts be informed that
the above named Plaintiff Samuel E. Pullins
has changed from: SCH. Co. Prison, 230
Sanderson St. to: Present Address BCP#
1998-6444, Berks County Prison, Leesport, PA.
19533-9397. In both cases re 1:00-CV-00872,
and RE: 1:00-CV-00769. Judge Yvette Kane.

Plaintiff would also like to add
Amendment Order: Rule #15 Amend (D) Supple-
mental Pleading, Part II. of Part I,
Statement of Claim Part IV., and Part II.
of Part I. Relief Part V. Case # RE: 1:00-CV-00
872, Judge Yvette Kane.

Thank you,
Samuel E. Pullins

Samuel E. Pullins
BCP#1998-6444
Berks County Prison,
Berks County Welfare Rd.
Leesport, PA. 19533-9397

DATE: 6/28/2000

V.

County of Schuylkill Et. Al.

CASE # RE: 1:00-CV-00872
JUDGE; YVETTE KANE

FILED
HARRISBURG, PA

JUN 2 9 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AMENDMENT ORDER:
RULE 15. AMEND (D) SUPPLEMENTAL PLEADING,
PART II of PART I, STATEMENT of CLAIM PART IV.

1.) PLAINTIFF NEVER GOT A RESPONSE FROM DEFENDANTS
COMMISSIONERS OFFICE; FORREST I. SHADIE; JEROM P.
KNOWLES; STANLEY H. ToBASH ON ANY MATTERS
MENTIONED IN PLAINTIFF COMPLAINT.

2.) ON 4/27/2000, PLAINTIFF SEEN DEFENDANT, DR. NARANG
THIS DEFENDANT ASKED PLAINTIFF. HOW LONG HE WAS
GOING TO BE IN SCH. CO. PRISON, BECAUSE HE WOULD
LIKE TO RUN SOME TESTS ON PLAINTIFF. DEFENDANT, DR.
NARANG ASKED PLAINTIFF HOW LONG HAS THIS PAIN
BEEN GOING ON.

3.) PLAINTIFF EXPLAINED IT AGAIN TO DEFENDANT DR.
NARANG, EVERY SINCE PLAINTIFF WAS SLAMED ON
CONCRETE STEPS AND SUBDUED BY DEFENDANTS
CARUSO AND ANOTHER CORRECTION OFFICER AS OFFICE
STEVE BLOCHICHAK LET INMATE GOMBEZ R. GO TO
CONTINUE BEATING ME WITH A MOP RINGER.

4.) WHEREAS A BLOW TO MY LOWER RIGHT LEG CAUSING ME TO GET EIGHT (8) FOREIGN BODY AND/OR STICHES PUT IN MY RIGHT LEG. TELLING DEFENDANT DR. NARANG ALL THIS WAS IN AND/OR SHOULD HAVE BEEN IN MY MEDICAL RECORDS.

5.) Also TELLING HIM, PATTY HOAKE WAS GIVEN PLAINTIFF MOLTRIN FROM THE START OF THIS ON 10/27/99. DEFENDANT, DR. NARANG looked AT MY MEDICAL RECORDS. PLAINTIFF MEDICAL RECORDS OF THIS INCIDENT AND ALL THAT HAPPENED WAS MISSING UP TO THE POINT PLAINTIFF FIRST SEEN DEFENDANT, DR. NARANG.

6.) DEFENDANT, DR. NARANG ASKED PLAINTIFF WHY WASN'T ANY OF THIS IN HIS MEDICAL FILE. PLAINTIFF SAID THIS INFORMATION WAS IN MY FILES WHEN I FIRST SAW YOU AND OF THE TREATMENT I GOT FROM DEFENDANT PATTY HOAKE.

7.) PLAINTIFF ASKED WHY THERE WASN'T ANY INFORMATION ABOUT ME FROM THE VERY START OF BEING INCARCERATIED 9/8/99 TO THE FIRST TIME I SEEN HIM. PLAINTIFF GOT UPSET STATING YOU PEOPLE CAN'T COVER THIS UP OR HIDE WHAT HAS BEEN DONE TO ME.

8.) PLAINTIFF ALSO TOLD DEFENDANT, DR. NARANG POTTSVILLE HOSPITAL SHOULD HAVE RECORDS OF THIS INCIDENT THEN. DEFENDANT, CORRECTIONAL OFFICER TODD SETLOCK STATIED INMATE Pullins is GIVEN TRUE FACTS ABOUT WHAT HE'S SAYING BECAUSE HE WAS THERE ON DIFFERENT OCCASSIONS.

9.) WHEREAS PLAINTIFF TOLD DEFENDANT PATTY HOAKE AND CATHY KARADO EVERYTHING HE'S SAYING IN THE ABOVE MATTERS. DEFENDANT DR. NARANG SAID HE WOULD PRESCRIBE PLAINTIFF MEDICATION WATSON 25 (G) 2½ TABLETS TWICE A DAY, TELLING PLAINTIFF HE COULD LEAVE NOW.

10.) ON 4/28/2000, PLAINTIFF SEEN DEFENDANT, KARADO WAS GIVEN TYLENOL AND TOLD THAT DEFENDANT, DR. NARANG SAID THATS ALL TO GIVE PLAINTIFF. PLAINTIFF ASKED TO BE PUT ON DR. LIST, TO SEE DEFENDANT, DR. NARANG BECAUSE THIS WASN'T THE MEDICATION PRESCRIBED TO PLAINTIFF BY DEFENDANT DR. NARANG

11.) ON 4/29, 4/30, 5/1, 5/2, 5/3 PLAINTIFF WAS GIVEN TYLE-NOL AND MOLTRIN BY DEFENDANTS, CATHY KARADO, LT. FLANNERY, LT. GHERES, LT. EMERIC, AND LT. UHAULIK. WHEREAS PLAINTIFF COMPLAINED THAT SWOLLEN IS BACK IN LEG AND SAME SYMPTOMS ARE BACK IN LOWER BACK AND LEGS.

12.) ON 5/4/2000 PLAINTIFF SEEN DEFENDANT, DR. NARANG DEFENDANT CHECKED PLAINTIFF LEGS BY HITTING THEM WITH A RUBBER HAMMER FOR REFLEXS RE-ACTION RIGHT LEG DIDN'T REACT AS LEFT LEG. DEFENDANT TOLD PLAINTIFF TO WALK ABOUT (5) FIVE STEPS FROM HIM AND BACK.

13.) DEFENDANT, DR. NARANG MADE AN APPOINTMENT FOR PLAINTIFF TO SEE ORTHOPEDIC. TELLING PLAINTIFF TAKE TYLENOL SAYING PLAINTIFF WOULD HAVE TO SUFFER A LITTLE WHILE FOUR A FEW DAYS TILL SOURCE OF PROBLEM IS FOUND

4.) ON 5/5, 5/6, 5/7, AND 5/8/2000, PLAINTIFF WAS GIVEN TYLENOL AND MOLTRIN BY DEFENDANTS, CATHY KARADO, LT. FLANNERY, LT. UHAULIK, LT. GHERES. PLAINTIFF KEEP TELLING DEFENDANT, CATHY KARADO HE'S IN PAIN LOW-ER BACK AND LEGS ARE NUMB WITH SHOTING PAIN IN THE BACK OF MY THIGHS AND LEGS AND GETTING WORSE.

15.) Tylenol AND Moltrin isn't DoiNG ANYTHING FoR THE PAIN, ASKING DEFENDANT, KARADO HoW loNG Do HE HAVE To Suffer BEfoRE GETTING MEDICAL TREATMENT. ON 5/9/2000, PLAINTIFF ASKED DEFENDANT FoR PAIN MEDICATIoN, SHE DIDN'T GIVE ME ANYTHING, SAYING THAT PLAINTIFF IS FAKEN, NOTHINGS WRONG WITH ME.

16.) PLAINTIFF ASKED TO SEE DEFENDANT, DR. NARANG AND To BE PUT ON DR. LIST, TEllING DEFENDANT, KARADo SHES No DR. So SHE SHOULD TRY GIVEN A DR. OPINIoN, AT ABOUT 2:15 P.M. PLAINTIFF ASKED C/o WORKING F-Block TO TEll DEFENDANT, KARADo TO GIVE ME SOMETHING FoR PAIN IN My LoWER BACK AND LEGS.

17.) C/o CAME BACK TO THE BLOCK AND SAID DEFENDANT KARADo WASN'T HERE AND LT. GHERES SAID HE'll BRING SOMETHING BACK lATER AT ABOUT 4:40 P.M. DEFENDANTS KARADo AND LT. GHERES CAME TO F-BlOCK. TEllING PLAINTIFF, DEFENDANT, DR. NARANG SAID DON'T GIVE ME ANYTHING.

18.) PLAINTIFF TOlD DEFENDANT KARADo THE PAIN IS GETTING WoRSE AND VERY HARD To DEAL WITH AlSo, ASKING HoW loNG Do I HAVE To Suffer WAITTING TO SEE AN ORTHOPEDIC. DEFENDANT KARADo GAVE ME Tylenol.

19.) ON 5/10/2000, 9:00 A.M. MEDICATION PLAINTIFF ASKED FoR PAIN MEDICATION AND REFUSED TO lock UP BECAUSE PAIN HAS GOTTEN WoRSE. PLAINTIFF, ASKED TO SEE DEFENDANTS WARDEN, BRITTON; DEPUTY, BERDINER; CAPTAIN, WARPINSKY; AND/OR A LIETENANT. DEFENDANT, LT. FLANNERY AND LT. UHAIK CAME TO F-Block.

20.) PLAINTIFF EXPLAINED THE PAIN OF LOWER BACK AND BOTH LEGS, WHEREAS I CAN'T TAKE THE PAIN. AND THAT I DIDN'T COME TO SCH. CO. PRISON IN THIS CONDITION, ITS FROM THE INCIDENT ON 10/26/99. ALSO TELLING THEM WHAT DEFENDANT, DR. NARANG ORDERED/PRESCRIBED FOR PLAINTIFF TO SEE AN ORTHOPEDIC.

21.) ~~ALSO~~ ALSO TELLING THEM DEFENDANT, KARADO DIDN'T GIVE ME ANYTHING FOR PAIN. LIETENANT, UHAULIK SAID HE'LL look INTO IT ASKING DID I HAVE ANY PROOF OF THIS I TOLD HIM IT SHOULD BE IN MY MEDICAL FILES AND I'M TO SEE AND ORTHOPEDIC. AND I TOLD HIM DEFENDANTS, CATHY KARADO, AND WARDEN, BRITTON KNOW ABOUT THIS MATTER.

22.) BECAUSE I'VE TOLD THE WARDEN I WILL TAKE LEGAL ACTION ~~AGAISNT~~ AGAINST HIM AND EVERYONE IN-VOLVED IN WHAT HAS HAPPENED TO ME. PLAINTIFF WAS TAKEN TO POTTSVILLE HOSPITAL AT ABOUT 12:30 AFTERNOON FOR X-RAYS ON MY BACK, BUT NOT THE LEG THATS GIVEN ME PROBLEM WITH FOREIGN BODY LEFT IN IT.

23.) PLAINTIFF ASKED X-RAY NURSE SALLY WHY SHE DID-NT X-RAY MY RIGHT LEG. NURSE SALLY SAID DE-FENDANT GENE BERDINER SAID JUST DO X-RAYS ON HIS BACK. TOM BAVENS AND PAUL TAYLOR WAS THE TWO CORRECTION OFFICERS AT POTTSVILLE HOSPITAL.

24.) DEFENDANT PAUL TAYLOR TOLD THE NURSE ABOUT THE INCIDENT WITH MY LEG BEING PART OF THE PROBLEM OF MY COMPLAINTS SINCE 10/26/99. BEING HIT ON THE LEG WITH A MOP RINGER THIS OFFICER ALSO SEEN THIS INCIDENT HE'S THE OFFICER TO WRITE-UP THIS INCIDENT ON 10/26/99. NURSE SALLY WOULDNT X-RAY THE LEG.

25.) GETTING BACK AT ABOUT 2:00-2:30 P.M. PLAINTIFF ASKED TO SEE DEFENDANT KARADO TO TELL HER THE HOSPITAL DIDN'T X-RAY HIS LEG, % DEE ANGELO SAID SHE LEFT. PLAINTIFF WENT BACK TO THE BLOCK. DEFENDANT KARADO CAME TO F-BLOCK AT ABOUT 4:00-4:30 PM. AND GAVE PLAINTIFF A MOITRIN 600 MG.

26.) STATING DEFENDANT DR. NARANG PRESCRIBED PLAIN-TIFF THIS MEDICATION 3 TIMES A DAY, NEVER SEE-ING PLAINTIFF. ALSO STATING PLAINTIFF WILL SEE ORTHOPEDIC 5/11/2000. PLAINTIFF SEEN DEFENDANT CATHY KARADO 9:00 AM. MEDICATION AND WAS GIVEN MOITRIN 600 MG. SHE TOLD PLAINTIFF HE WOULD BE GOING TO SEE DR. DAWSON ORTHOPEDIC TODAY.

27.) PLAINTIFF SEEN DEFENDANT LT. GHERES AND ASKED FOR PAIN MEDICATION HE WENT AND GOT A MOITRIN 600 MG. FOR PLAINTIFF. I NEVER SEEN A ORTHOPEDIC THIS DAY AND/OR SEEN DEFENDANT KARADO. I DID GO BACK TO POTTSVILLE HOSPITAL AND GOT MY LEG X-RAYED A COUPLE DAYS AFTER GETTING BACK X-RAY.

28.) ON 5/12/2000, PLAINTIFF WAS GIVEN MOITRIN 600 MG. THAT MORNING AND AFTERNOON BY DEFENDANT, LT. FLANNERY, HE SAID MY NAME WASN'T IN THE BOOK BUT GAVE PLAINTIFF TOLD DEFENDANT LT. FLANNERY DEFENDANT KARADO SAID PLAINTIFF WAS TO GO SEE ORTHOPEDIC YESTERDAY ON 5/11/2000. HE SAID HE DIDN'T KNOW ANYTHING ABOUT IT. WHEREAS PAUL TAYLOR SAID DEFEND-ANT LT. FLANNERY THROW APPOINTMENT OF PLAINTIFF IN GRABBAGE.

29.) DEFENDANT, LT. GHERES WOULDN'T GIVE PLAINTIFF MEDI-CATION BECAUSE HIS NAME WASN'T IN MEDICATION BOOK. ON 5/13/2000, PLAINTIFF SEEN LT. UHAULIK 9:00 AM. MEDICATION, HE SAID PLAINTIFF NAME WASN'T IN THE BOOK AlSO, BuT look in ON OF THE DRAWS ON THE MED CART AND FOUND A PiLL BOTTLE WITH MY NAME ON IT AND GAVE ME MOlTRIN 600 MG.

30.) PLAINTIFF TOLD DEF. LT. GHERES TO LOOK IN ONE OF THE DRAWS ON MED CART, THIS NIGHT AND HE GAVE PLAINTIFF 600 MG MOlTRIN IN A BOTTLE WITH MY NAME ON IT AND GAVE PLAINTIFF MEDICATION. ON 5/14/2000, PLAINTIFF SEEN LT. UHAULIK AT 9:00AM. MEDICATION HE SAID NAME STEEl WASN'T IN MEDICATION BOOK, BuT HE FOUND PiLL BOTTLE WITH PLAINTIFF NAME AN GAVE PLAIN-TIFF 600 MG MOlTRIN.

31.) PLAINTIFF AND LT. UHAULIK TALKED ABOUT THE ABOVE MATTERS, ALSO ABOUT HOW NO GAURDS/CORRECTIONAl OFFICERS AREN'T SUPPOSE TO GIVE OUT MEDICATION, WHEREAS THEY OPEN BOTTLES GIVEN PLAINTIFF AS WEll AS OTHER INMATES MEDICATION WITH THERE HANDS. PLAINTIFF TOLD LT. UHAULIK, HE WAS TO SEE ORTHOPEDIC DR. DAWSON ON 5/11/2000 NEVER HAPPENED AND/OR NEVER SEEN DEFENDANT KARADO TO THIS POINT EITHER.

32.) LT. EMERIC CAME AROUND WITH MEDICATION CART 8:30 PM. HE WOULD GIVE PLAINTIFF MEDICATION BE-CAUSE PLAINTIFF NAME WASN'T IN MEDICATION BOOK. ON 5/15/2000 AT 9:00 AM. MEDICATION PLAINTIFF. SEEN, DEFENDANT CATHY KARADO. TOLD HER PLAINTIFF DIDN'T SEE ORTHOPEDIC 5/11/2000 AND

33.) AlSO TOLD HER, HIS NAME WASN'T IN THE BOOK FOR PRE-SCRIBED MEDICATION. STATING PLAINTIFF WAS PUT IN THE HOLE, SOLITARY CONFINEMENT, BECAUSE DEFENDANT KARADO DON'T DO HER JOB, AMONG OTHER WRONGS DONE TO PLAINTIFF FROM DAY ONE OF THIS INCIDENT 10/26/99 WITH SCH. CO. PRISON AND All ITS EM.

34.) DEFENDANT, KARADO, SAID "YOUR NAME IS IN THE MEDICAL BOOK GET OUT OF HERE, I DON'T WONT TO HERE THAT, AS SHE GAVE PLAINTIFF A MOLTRIN 600 MG. DEFENDANT KARADO DIDN'T LOOK IN THE BOOK AND DID NOT SAY ANYTHING ELSE TO PLAINTIFF. SO, PLAINTIFF TOLD CORRECTIONAL OFFICER DEVLIN HE WANTED TO SEE THE LT.

35.) SO AFTER C/O DEVLIN AND DEFENDANT KARADO, LEFT F-BLOCK AND WENT TO C-BLOCK TO DO MEDICATION C/O DEVLIN CAME BACK TO F-BLOCK AND TOLD PLAINTIFF HE LOOKED IN THE BOOK AND PLAINTIFF NAME WASN'T IN THE BOOK, AND HE TOLD DEFENDANT CATHY KARADO TO LOOKED AND SEE FOR HER-SELF AND IT WAS NOT IN THE BOOK.

36.) DEFENDANT, LT. FLANNERY AND C/O DEVLIN CAME TO F-BLOCK ABOUT 15 TO 20 MINUTES LATER. I EXPLAINED THE ABOVE MATTERS TO DEFENDANT LT. FLANNERY WHEREAS HE WAS FULLY AWHERE WITH KNOWLEDGE OF A MATTERS MENTIONED IN THIS COMPLAINT. PLAINTIFF TOLD THEM HE'S TAKEN LEGAL ACTION AGAINST SCH. CO. PRISON AND HAVE WROTE DEFENDANT KARADO UP ONCE BEFORE, AND THAT I WOULD PUT IN ANOTHER

37.) GRIEVENCE AGAINST THIS DEFENDANT KARADO (SEE EXHIBIT-14), BECAUSE I SHOULDN'T HAVE TO SUFFER IN PAIN FOR DAYS, BECAUSE DEFENDANT KARADO DON'T WANT TO DO HER JOB, ALSO AFTER WRITTEN THIS GRIEVENCE I GAVE IT TO LIEUTENANT, FLANNERY. ON 5/15/2000, AFTER 3:30 LOCK-UP DEFENDANT STEVE BLOSCHICHAK WAS PUT ON F-BLOCK, TO WORK THE BLOCK.

38.) PLAINTIFF, TOLD C/O WORKING IN B-CONTROL THAT HE WANTED TO SEE THE WARDEN, DEPUTY WARDEN, CAPTAIN ALL DEFENDANTS, BECAUSE PLAINTIFF FEAR FOR HIS LIFE AROUND DEFENDANT STEVE BLOSHICHAK AND WHAT HE CAN GET INMATES TO DO TO PLAINTIFF. C/O WORKING B-

OUT A REQUEST AND/OR GRIEVENCE FORM AND GAVE
IT TO C/O JEFF BOWERS SEE (EXHIBIT #15) THIS OFFICER

9.) SAID HE TOOK PLAINTIFF REQUEST AND/OR GRIEVENCE FORM
TO THE WARDEN DEFENDANT BRITTON. DEFENDANT STEVE
BLOSCHICHAK WAS TAKEN OFF THE BLOCK-F THAT DAY.
ON 5/17/2000, PLAINTIFF WAS TAKEN TO ORTHOPEDIC, DR.
DAWSON, 739 EAST NORWEGIAN ST., AT ABOUT 1:00 PM.
WITH DEFENDANT PAUL TAYLOR AND TODD SETLOCK.

10.) DR. DAWSON DID SOME TEST ON PLAINTIFF, ASKED PLAIN
TIFF WHAT HAPPENED TO HIM TO CAUSE BACK AND LEG
PAIN. PLAINTIFF TOLD DR. DAWSON, HE WAS FIGHTEN A
COUPLE INMATES, WHEREAS TWO (2) CORRECTION OFFICERS
PULLED AND/OR SLAMMED PLAINTIFF DOWN BACKWARDS ON
TO CONCRETE STAIRS ON MY BACK, IN F-BLOCK.

11.) ONE CORRECTION OFFICER LET ONE OF THESE INMATES
GO TO PROCEED HITTING ME WITH A MOP RINGER AS
I KICKED AT HIM TO KEEP FROM GETTING HIT IN
THE HEAD, WHEREAS I GOT HIT ON THE RIGHT LEG RE
CIEVING 8 FOREIGN BODY IN MY LOWER LEG, PLAINTIFF
BACK AND LEG HAS BEEN IN PAIN EVERY SINCE 10/26/

12.) ALSO PLAINTIFF STATIED DEFENDANT PATTY HOAKE LEFT
A FOREIGN BODY IN MY LEG., (CORRECTION OFFICER JASON
CARESTIA WITTNESS THIS NURSE LEAVEN A FOREIGN
BODY IN MY LEG.) PLAINTIFF TOLD DR. DAWSON HOW
HE COMPLAINED TO BOTH DEFENDANT PATTY HOAKE
AND CATHY KARADO ABOUT THE BACK AND LEG PAIN
THEY WOULD JUST GIVE ME MOITRIN SAYING THE PAIN
WIILL GO AWAY WHEN THE LEG HEELS.

13.) DR. DAWSON LOOKED AT MY X-RAYS FROM POTTSVILLE
HOSPITAL AND SAID HE DIDNT SEE THE FOREIGN BODY
IN MY LEG AND SAID SOMETHING ABOUT PLAINTIFF PROBABLY HAS A DE
UTH DISC THEN SAYING PLAINTIFF PROBABLY HAS A DE

14.) PLAINTIFF TOLD DR. DAWSON THIS PAIN DIDN'T START TO AFTER THIS INCIDENT, I'm 34 YEARS OF AGE. DR. DAWSON SAID KEEP TAKEN MOLTRIN 600 MG. AND HE PRESCRIBED A MRI, AND A EMG BY A NOROLOGIST. PLAINTIFF TRIED TALKING TO DEFENDANT CATHY KARADO AND SHE SAID I'VE TALKED TO DR. DAWSONS ALREADY.

15.) ON 5/18/2000, PLAINTIFF HAVE-N'T SEEN DEFENDANT CATHY KARADO AT ALL TODAY, BUT DEFENDANTS LT. FLANNERY AND LT. UHAULIK GAVE PLAINTIFF MEDICATION OUT OF A BOTTLE WITH THERE HANDS AS ALWAYS WITHOUT A DOCTOR AND/OR NURSE PRESENT AN UN-PACKED.

16.) PLAINTIFF SEEN DEFENDANT CATHY KARADO AT 9:00 AM. MEDICATION, SHE GAVE PLAINTIFF A MOLTRIN 600mg PLAINTIFF ASKED DEFENDANT KARADO WOULD HE BE DENIED TREATMENT AGAIN OR WOULD HE GET TREAT-MENT THAT DR. DAWSON ORDERED AND/OR PRESCIRBED WHICH IS THAT PLAINTIFF GET AN EMG, AND A MRI

17.) DEFENDANT KARADO SAID PLAINTIFF WOULD BE GO-ING TO GET A EMG IT WAS PRESCIRBED AND SCHE-DULED, ALREADY AT ABOUT 12:30 THIS AFTERNOON, PLAINTIFF RECIEVED THE DOCKET NUMBER FOR THIS CASE, COMPLAINT AGAIST AGAINST SCHUYLKILL COUNTY PRISON.

18.) ABOUT 30 MINUTES AFTER THAT C/O DEE ANGELOW BROUGHT PLAINTIFF THREE(3) PAPERS TO SIGN HE WANTS SCH. CO. PRISON TO TAKE THE $150.00 FILING FEE, FROM INMATE ACCOUNT. WHEN IT WAS TIME TO COME OUT OF LOCK-UP, CORR DEFENDANT STEVE BIOSCHICHAK WAS PUT ON F-BLOCK TO SCARE, HUR HARASS PLAINTIFF IN SOME WAY,

49.) PLAINTIFF STARTED YELLING HOW HE FEAR HIS LIFE WITH THIS DEFENDANT ON F-BLOCK AROUND HIS-PERSON HITTING ON THE WINDOW OF B-CONTROL ASKING TO SEE DEFENDANTS WARDEN BRITTON, DEPUTY WARDEN BERDINER, CAPTAIN AND/OR LT. G. HERE'S TO COME TO F-BLOCK. DEFENDANT BIOSCHICHAK WAS TAKEN OF THE BLOCK AND PAUL TAYLOR WAS PUT ON THE BLOCK. SEE(EXHIBIT #16)

50.) ON 5/20/2000, PLAINTIFF SEEN DEFENDANT LT. FLANNERY AT 9:00 AM. MEDICATION GETTING A MOLTRIN 600 MG. AND PLAINTIFF GAVE A GRIEVANCE TO BE GIVEN TO DEFENDANT WARDEN BRITTON ASKING THAT DEFENDANT STEVE BIOSCHICHAK BE KEPT AWAY FROM PLAINTIFF SEE (EXHIBITS #15, #16).

51.) ON 5/22/2000, PLAINTIFF WROTE THE POTTSVILLE HOSPITAL, MEDICAL RECORDS DEPT., POTTSVILLE PA. 17901. ASKING FOR ALL RECORDS OF TREATMENT ON 10/26/99; 5/10, 5/13/2000, FOR TREATMENT OF RIGHT LEG AND LOWER BACK.

52.) 5/21, AND 5/25/2000, PLAINT TOLD HE'S FAMILY ABOUT THE ABOVE MATTERS AND HOW SCARED HE WAS TO BE IN SCH. CO. PRISON, ALSO FEARING FOR HIS LIFE. PLAINT FAMILY POSTED HIS BAIL. PLAINTIFF WENT TO BERKS COUNTY PRISON TO TAKE CARE OF DETAINNER.

53.) PLAINTIFF WAS TAKEN TO ~~BE PRISON~~ BERKS CO. PR. SON 5/26/2000, WITH RECORDS OF TAKEN 600 MG. OF MOLTRIN (3) THREE TIMES A DAY, WITH APPOINTMENTS TO GET A MRI, AND A EMG. WHERE AS THE APPOINTMENT FOR THE EMG WAS SET UP FOR JUNE 9TH 2000.

DATE: 6/28/2000

54.) ON 5/29/2000 AT ABOUT 11:00 PM. PLAINTIFF
SEEN INTAKE NURSE, TELLING HER ABOUT MY LOW
BACK AND LEG PROBLEMS FROM A INCIDENT IN S[...]
CO. PRISON, WHEREAS I HAD AN APPOINTMENT TO
SEE A DR. ON THE 9TH OF JUNE, TO GET AND EM[...]
AND A MRI.

55.) SHE ASKED HOW LONG WOULD PLAINTIFF BE INCARC[...]
RATED AT THIS PRISON, PLAINTIFF STATIED HE DIDN[...]
NO. PLAINTIFF TOLD HER HE WAS TAKEN MOLTRIN
600 MG THREE (3) TIMES A DAY. SHE GAVE PLAINTIF[...]
(3) MOLTRIN, 200 MG A PIECE AFTER PLAINTIFF TOLD HE[...]
HE HAVENT GOTTEN ANY MEDICATION UP TO THIS
POINT.

56.) PLAINT WROTE THE DEPUTY WARDEN ⁊ ABOUT THE ABO[...] 5/27/2000
MATTERS. ON 5/30, 5/31, 6/1, 6/2, 6/3, 6/4 PLAINT
HAVENT RECIEVED ANY MEDICATION AND/OR TREATME[...]
PLAINTIFF KEEP COMPLAINING TO CORRECTION OFFICERS[...]
THEY SAY THEY TELL NURSES. I COMPLAIN TO THIS
PRISON NURSE THEY TELL ME THEY'LL LOOK INTO IT,
AND/OR JUST KEEP ON WALKING BY WITH NO RESPONSE[...]
TO MY COMPLAINTS.

57.) ON 6/5/2000 PLAINTIFF WROTE OUT A COMPLAINT T[...]
THE WARDEN OF BERKS CO. PRISON. PLAINT WENT T[...]
THE MEDICAL DEPT. AT BERK CO. PRISON AT 11:00 AM[...]
TO GET A CHEST X-RAY BECAUSE PLAINTIFF IS POSITIV[...]
REACTOR TO T.B. SHOT, AT THIS TIME

58.) PLAINTIFF EXPLAINED THE ABOVE MATTER TO A NURSE[...]
SHE WENT AND FOUND THE PAPER IN MY FILE, GAVE
PLAINTIFF 3 MOLTRIN 200 MG. A PIECE. PLAINTIFF TOLD
HER ABOUT THE APPOINTMENT FOR EMG AND MRI.
SHE SAID IT WOULD ALL BE TAKEN CARE. ON 6/6, 6/7[...]
2000, PLAINT HAS GOTTEN MOLTRIN (2) TIMES A DAY
MORNING AND NIGHT.

DATE: 6/2[...]/2000

59.) ON 6-9-2000, AT ABOUT 12:00 AFTERNOON, PLAINTIFF
WAS TAKEN TO SEE A NEROLOGIST DR. MOHOMMAD
ASLAM, 101 mill CREEK AVE. POTTSVILLE PA. 17901.
PLAINTIFF TOLD DR. ASLAM ABOUT HIS LOWER BACK AND
RIGHT LEG AND HOW THE PAIN IS GETTING WORSE,
WHEREAS MY LEGS ARE NUMB WITH SHOTTING PAINS
THROW THE BACK OF MY THIGHS.

60.) PLAINTIFF TOLD DR. ASLAM, HIS BACK HURTS 24 HRS.
A DAY, IF I TRY STANDING UP FOR A PERIOD LONGER.
THEN A FEW MINUTES THE PAIN WORSEN. PLAINTIFF
TOLD HIM WEND PAIN STARTTED AFTER I WAS
SLAMED ON MY BACK, ON CONCRETE STEPS, BY GUARDS
GUARDS AS THEY SUBDUED PLAINTIFF ON THE STEPS A-
NOTHER GUARD LET AN INMATE GO TO PROCEED IN
HITTING ME WITH A MOP RINGER.

61.) DR. ASLAM DID SOME TEST ON MY LEGS WITH AN
EMG MACHINE. AFTERWARDS STATING ONE LEG IS
WEAKER THEN THE OTHER AND THAT PLAINTIFF
COULD HAVE A DISLOCATIED DISC IN HIS BACK
FROM THE GUARDS SLAMING ME ON MY BACK ON-
TO THE CONCRETE STAIRS. THIS DR. ASLAM ORDERED
PLAINTIFF TO HAVE A MRI DONE.

62.) PLAINTIFF WAS GIVEN MOLTRIN (2) TWO TIMES A DAY
ON 6/10, 6/11, 6/12, 6/13, ON 6/11/2000 PLAINTIFF WAS
MOVED FROM D-UNIT (206) TO J-UNIT (103) ON 6/12/
2000 PLAINTIFF SIGNED UP FOR SICK CALL BECAUSE
PLAINTIFF WAS PUT ON A TOP BUNK AND NOT BEING
GIVEN MEDICATION, 3 TIMES A DAY.

63.) ON 6/14/2000, PLAINTIFF SEEN NURSE ON THE J-UNIT
AFTER BEING CALLED IN FROM OUT SIDE BETWEEN 9 AND
11 AM. PLAINTIFF, EXPLAINED THE ABOVE MATTERS, THE
INCIDENT ON 10/26/99, THE BACK AND LEGS PAIN, THE
DOCTOR(S) DR. DAWSON AND DR. ASLAM, AND THEIR
DATE: 6/28/2000

OPINIONS AND TEST RUN ON PLAINTIFF ALONG WITH
WHAT BOTH OF THESE DOCTORS ORDERED AND/OR PRE-
SCRIBED.

64.) LATER, THIS DAY 6/14/2000 PLAINTIFF WAS CALLED
TO THE MEDICAL DEPT. OF BERKS CO. PRISON THE
SAME NURSE THAT CAME TO THE BLOCK A MALE NURSE,
HE PUT PLAINTIFF ON DOJ STAT. AND GAVE PLAINTIFF
SUPPLE OF MOLTRIN TO LAST 6/14 THRU 6/28 WHEN
NEEDED DOING THE DAY.

65.) ALSO PUTTING PLAINTIFF ON LIST FOR MEDICATION
CART MORNING AND NIGHT FOR MOLTRIN 600 MG TW-
ICE A DAY. SEE (EXHIBITS #17 AND #18).

66.) THEN PLAINTIFF WAS CALLED INTO NURSE MARTY
OFFICE, WHO SHE ASKED PLAINTIFF W/ HAT HAPPENED AND
PLAINTIFF TOLD HER ALL THE ABOVE MATTERS. NURSE
MARTY SAID SHE WOULD CALL SCH. CO. PRISON AN
TELL THEM SHE'S GOING TO SETUP AN APPOINTMENT
FOR PLAINTIFF. MRI, AND

67.) SCH. CO. PRISON IS FULLY RESPONSIBLE FOR IT AND
THE APPOINTMENT FOR BERKS CO. PRISON TAKING
PLAINTIFF TO DR. ASLAM FOR EMG, BECAUSE THIS
TREATMENT CAME FROM A INCIDENT THAT HAPPENED
IN SCH. CO. PRISON WITH CORRECTION OFFICERS.
PLAINTIFF WAS SENT BACK TO J-UNIT WITH DOC-
TOR ORDER TO THE JAILER AND MEDICATION TREAT-
MENT PASS.

68.) PLAINT HAS BEEN TAKEN MOLTRIN 600 MG (3)
THREE TIMES A DAY. UP TO THIS DAY 6/20/2000
AT BERKS CO. PRISON HAVENT WENT TO SEE
DOCTOR FOR MRI, WHERE THIS SHOULD HAVE
BEEN THE FIRST PART OF TREATMENT, TO FIND-
ING THE SORCES OF THE PAIN PROBLEMS IN PLAIN-
DATE: 6/28/2000

BACK AND LEG(S), PLAINTIFF IS IN CONTINUES PAIN 24 HRS. A DAY.

69.) PLAINTIFF BACK AND leg will NEVER BE THE SAME. Plaintiff ENDURE BACK AND leg PAIN Till THE DAY HE DIE also liven WITH THE SCARES AND A FOREIGN BODY IN HIS leg WHEREAS IN THE future PlainTiff could Possibliy lose HIS RIGHT leg FROM IN FECTION of THIS FOREIGN BODy.

70.) THERE is NO PRICE TO AMOUNT TO A HUMAN- BANE BACK AND LEG(S) WHEREAS PlainTiff will NOT BE ABle TO GO BACK TO HIS CAREER AS BEING A WElDER WElDER ANY PHYSICAl WORK THESE ARE SOME REASON (S) AS TO WHY PlainTiff uped MONEY DAMAGES.

I HAVE READ THE FOREGOING Complaint AND HERE By VERIFy THAT THE MATTERS AlleGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS AlleGED ON INFORMATION, BELIEFS, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENAlTY OF PERJURY THAT THE FOREGOING is TRUE AND CORRECT, TO THE BEST OF MY KNOWlEDGE.

DATE: 6/28/2000   Samuel E. Pullins



*EXHIBIT #13*
*DATE: 6/28/2000*

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

April 19, 2000

MIKE FISHER
ATTORNEY GENERAL

16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-6346

Ms. Samuel E. Pullins
Schuylkill County Prison
230 Sanderson Street
Pottsville, PA 17901

Dear Mr. Pullins:

Attorney General Fisher has referred your letter to the Criminal Law Division for a reply.

The authority of the Office of Attorney General is defined by Pennsylvania statutes. The jurisdiction of the Office of Attorney General to investigate and prosecute is primarily derived from the Commonwealth Attorneys Act, 71 P.S. § 732-201 et seq., which limits the purview of the Attorney General to matters involving state employees, organized crime, narcotics, insurance fraud, Medicaid fraud or matters arising out of the statewide investigating grand jury. Accordingly, the matter you raise in your letter does not fall within our jurisdiction.

We recommend that you consult your own attorney. If you do not have an attorney, we suggest that you contact the bar association referral service in your county or the Pennsylvania Bar Association in Harrisburg at 1-800-932-0311.

Thank you for sharing your concerns with the Office of Attorney General.

Very truly yours,

Heather A. Moyer
Deputy Attorney General
Criminal Prosecutions Section

HAM/pjc
CRA000167

FORM **DC-135A**

DATE! 6/28/2000
EXHIBIT #14

**INMATE'S REQUEST TO STAFF MEMBER**

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

---

**1. TO: (NAME AND TITLE OF OFFICER)**
WARDEN, GERALD BRITTON

**2. DATE**
5/15/2000

**3. BY: (INSTITUTIONAL NAME AND NUMBER)**
Samuel E. Pullins

**4. COUNSELOR'S NAME**
JOE

**5. WORK ASSIGNMENT**
Block-F-CELL #17

**6. QUARTERS ASSIGNMENT**

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

PLAINTIFF WAS PRESCRIBED MEDICATION BY DR. NARANG 5/10/2000
MOLTRON 600 mg. ONCE AGAIN PLAINTIFF WASN'T GIVEN MEDICATION
CORRECTLY, BECAUSE CATHY KARADO DIDN'T PUT PLAINTIFF IN MEDICA-
TION Book ON MED CART. LT. FLANNERY, LT. UHAULIK, LT. GHERES, LT.
EMERIC, AND C/O DEVLIN ALL LOOKED IN THE BOOK NOT SEEING PLAIN-
TIFF NAME IN MEDS BOOK (5/12, 5/13, 5/14). PLAINTIFF SEEN DEFENDANT
CATHY KARADO 5/15/2000 AT 9:00 AM. MEDICATION AND ASKED WHY
HIS NAME WASN'T IN THE MEDICATION BOOK ON THE CART. DEFEND-
ANT CATHY KARADO SAID " YOUR NAME IS IN THE BOOK GET OUT OF
HERE I DON'T WANT TO HEAR THAT, C/O DEVLIN LOOKED IN THE BOOK
AFTER LEAVEN F-BLOCK MY NAME WAS NOT IN THE BOOK. PLAINTIFF
IS IN GREAT PAIN OF HIS LOWER BACK AND RIGHT LEG FROM AND IN-
CIDENT IN SCH. CO. PRISON CARE (INCIDENT 10/26/99). DEFENDANT CATHY
KARADO HAS SHOWN A PATTERN OF GROSS NEGLIGENCE, MALPRACTICE,
DELIBERATE INDIFFERENCES, OF SERIOUS MEDICAL NEEDS, DENYING AND/OR
DELAYING ACCESS TO MEDICAL CARE, NOT CARRING OUT DOCTOR
ORDERS MAKE MEDICAL STAFF INADEQUATUATE, WHEREAS PROFES-
SIONAL CARE IS IMPOSSIBLE TO PLAINTIFF AND OTHER INMATES INCAR-
CERATED IN SCH. CO. PRISON.

I GAVE THIS REQUEST AND/OR
GRIEVANCE TO LIEUTENANT
MICHEAL FLANNERY

X Samuel E. Pullins 5/15/2000

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

**STAFF MEMBER**

**DATE**

FORM DC-135A

EXHIBIT #15
DATE: 6/28/2000

**INMATE'S REQUEST TO STAFF MEMBER**

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)

DEPUTY WARDEN, GENE BERDIER
WARDEN, GERALD BRITTON

2. DATE
5/15/2000

3. BY: (INSTITUTIONAL NAME AND NUMBER)
SAMUEL E. PULLINS

4. COUNSELOR'S NAME
JOE

5. WORK ASSIGNMENT
F-BLOCK, CELL #17

6. QUARTERS ASSIGNMENT

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

WHEN PLAINTIFF TALKED TO YOU ON 2/10/2000, PLAINTIFF TOLD YOU THAT C/O STEVE BLOSCHICHAK PAID INMATES TO BEAT PLAINTIFF UP ON 10/26/99, AFTERWARDS GETTING PLAINTIFF IN THE HOLE TELLING PLAINTIFF TO KEEP HIS MOUTH CLOSED OR HE WOULDN'T LIVE TO TELL ANYONE ABOUT IT. INMATES AND C/O HAVE TOLD YOU ABOUT THIS MATTER NOTHING WAS DONE, NOW I'M IN GREAT FEAR OF MY LIFE, EXSPECIALLY WHEN HE'S PUT ON A BLOCK WITH ME, HE'S PARTLY AT FAULT OF MY LOWER BACK AND RIGHT LEG INJURIES, PAIN AND SUFFERING 24 HRS A DAY, I WANT TO PRESS CHARGES AGAINST THIS GUARD STEVE BLO-SCHICHAK AND A RESTRAINING ORDER KEEPING HIM AWAY FROM ME

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Samuel E. Pullins
5/15/2000

I GAVE THIS
REQUEST AND/OR GRIEVANCE
TO JEFF BOWERS

☐  TO DC-14 CAR ONLY                    ☐  TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                DATE

FORM DC-135A

DATE: 6/28/2000
EXHIBIT # 16.

**INMATE'S REQUEST TO STAFF MEMBER**

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

WROTE AT 4:30 LOCK-UP.

1. TO: (NAME AND TITLE OF OFFICER) DEFENDANT WARDEN GERALD BRITTON

2. DATE 5-19-2000

3. BY: (INSTITUTIONAL NAME AND NUMBER) PLAINTIFF, SAMUEL E. PULLINS

4. COUNSELOR'S NAME JOE

5. WORK ASSIGNMENT F-Block

6. QUARTERS ASSIGNMENT CELL #17

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

I WROTE OUT A REQUEST AND/OR GRIEVANCE STATING FACTS ABOUT DEFENDANT STEVE BLOSCHICHAK AND HOW HE TREATEN MY LIFE, PUT OUT A CONTRACT OUT ON MY PERSON, AND HOW I FEAR MY LIFE WITH HIS PRESENTS AROUND ME, AND HOW HE COULD PAY SOMEONE TO HURT PLAINTIFF AGAIN, BUT YOU REFUSE TO ADDRESS ANY PART OF THIS MATTER AND/OR TO RELIEF OF ANY REMEDIES IN THIS MATTER. THIS OFFICERS IS A THREAT TO MY LIFE AND YOU ARE AT FAULT JUST AS MUCH AS HE AND OTHER DEFENDANTS. YOU WHERE AND KNEW AND SHOULD HAVE KNOWN FROM THE INCIDENT ON 10/26/99, BECAUSE YOU ASK-ED QUESTIONS ABOUT THIS AND OTHERS S/I TOLD YOU I WAS NOT AT

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

FAULT AS WELL AS YOUR QUESTIONING RESIDENTS OF SCH. CO. PRISON. CAN YOU KEEP THIS OFFICER, DEFENDANT STEVE BLOSCHICHAK AWAY FROM PLAINTIFF TILL YOU GET THE ORDER FOR A RE-STRAINING. AFTER ALL THAT HAS BEEN DONE TO PLAINTIFF YOU PUT HIM ON THIS BLOCK TO SCARE MYPERSON, HARRASS MYPERSON, THREATEN MYPERSON AND/OR TO MAKE ME KEEP MY MOUTH SHUT. HERE'S PLAINTIFF SECOND REQUEST AND/OR GRIEVANCE ABOUT THE MATTER OF KEEPING THIS OFFICER AWAY ~~—~~, FROM PLAINTIFF

Samuel E. Pullins

I GAVE THIS REQUEST/GRIEVANCE TO LT. FLANNERY

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

DATE: 6/28/2000
EXHIBIT #17

# BERKS COUNTY PRISON
## DOCTOR'S ORDER TO THE JAILER

Inmate _Pullin Samuel_      BCP# _6444-98_      Call # _9103_

Date _6-14-00_      Time _1200_      Signature _____

John H. Surry, M.D.

| SPECIAL DIET | CLOTHING RESTRICTIONS | CHECKS |
|---|---|---|
| Liquid | No sharps | 10 min |
| Soft | Strip cell | 15 min |
| Bland | No shoe laces | 30 min |
| Food intake log | Blanket and | |
| Finger food | shorts only | |
| H.S. snack | | |
| Styrofoam or | | |
| paper tray | | |

EXERCISE                MISCELLANEOUS

| SPECIAL CONDITIONS | | |
|---|---|---|
| Suicide smock | Denied | Ice |
| Prostraint chair | Alone | Ace wrap |
| 4-point restraint | No sports | X Bottom bunk |
| Red bag | No work | Shower shoes |
| | Bed rest | Extra blanket |
| | Light duty | Extra S. shirt |
| | | X Cleared for |
| | | food service |

SPECIAL INSTRUCTIONS:        Bottom Bunk

_____

_____

_____

MEDICATION ADMINISTRATION INSTRUCTIONS:

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMENDMENT OF THIS D.O.J. (Supersedes orders listed above)

Date_____    Time_____    Signature_____

____ Discontinue checks    ____Released from M-unit    ____ Regular Diet

____ Other changes/orders (explanation needed):

_____

_____

_____

original in file

cc:    DOJ book - inmate - unit officer - shift commander - tx.dept. - (kitchen officer and kitchen supervisor only
if diet related)

August 1997

# MEDICATION TREATMENT PASS

Start Date: 6/14/00    End Date: 6/28/00    Name: _____    Housing Unit: _____

Inst. No. _____

Complaint / Diagnosis: _____

| NAME | Medication / Treatment / Dosage | | |
|------|------|------|------|
| | DOSAGE (hrs.) | | LENGTH of RX |

REPORT TO: (circle applicable time(s))    6 am    1 pm    9 pm

Main Side
Springcreek
P.R.C.

Physician/RN/LPN: _____

Staff Initials: _____

EXHIBIT # 18
DATE: 6/28/2000

SAMUEL E. PULLINS, BCP# 6444-98
HOUSING UNIT- J-103
BERKS COUNTY PRISON, 1287
COUNTY WELFARE ROAD
LEESPORT, PA. 19533-9397

EXHIBIT # 19?
(6/28/2000
68450
RECORD # 6-14-2000

TO WHOM IT MAY CONCERN IN MEDICAL
RECORDS DEPT., AT POTTSVILLE Hospital.

I, SAMUEL E. PULLINS WROTE RECORDS
ASKING FOR ALL THE RECORDS of
BEING TREATED FOR LEG INJURIES ON 10-26-
99, WITH ALL INFORMATION AND MATERIAL THAT
HAPPENED THAT NIGHT, ALSO ALL INFORMATION
AND MATERIAL OF MY PERSON BEING TREATED
THE AFTERNOON 5/10 AND 5/13/2000 WITH
LOWER BACK AND RIGHT LEG X-RAYS.
I WROTE ASKING FOR THIS MATERIAL ON
5/22/99, I'm WRITTEN TO LET YOU KNOW
MY ADDRESS HAS CHANGED AND I'm IN
GREAT NEED OF THIS INFORMATION.

THANK YOU,
VERY TRULY YOURS,
Samuel E. Pullins

JUN 6

This was sent on 6-7-00 to Sch. Co. Prison
Please contact them).

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA  17108

May 18, 2000

Samuel E. Pullins
CTY-SCHUYLKILL
Schuylkill County Prison
010381
2nd Sanderson Sts.
Pottsville, PA  17901

Re:  1:00-cv-00872   Pullins v. County of Schuylkill
     Judge: Yvette Kane

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of
this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

                              Very truly yours,

                              MARY E. D'ANDREA, Clerk

                              By: _____
                                  Deputy Clerk

[ ] Petition For Writ of Habeas Corpus     [X] Complaint

[ ] Transfer From Other District           [ ] Other

NOTE:  Please be advised that in order for service to be made
       a U.S. Marshal Form 285 (form enclosed) must be completed
       for each named defendant and returned to the Clerk's
       Office at the above address.  Additional forms are
       available at the prison library or the U.S. Marshal's
       Office.  (This does not apply to Petitions for Writ of
       Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.