UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL E. PULLINS

    Plaintiff

v.                             CIVIL NO. 1:CV-00-0872

COUNTY OF SCHUYLKILL,      (Judge Kane)

    Defendants

FILED
HARRISBURG, P
JAN 0 4 2001
MARY E. D'ANDREA, C
PER_____
(DEPUTY CLERK)

### ORDER

NOW, THIS 4th DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT, Plaintiff's application to proceed in forma pauperis (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

Yvette Kane
United States District Judge

---

1. Pullins completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                 * * MAILING CERTIFICATE OF CLERK * *

                          January 4, 2001


Re:  1:00-cv-00872   Pullins v. County of Schuylkill


True and correct copies of the attached were mailed by the clerk
to the following:


      Samuel E. Pullins
      CTY-SCHUYLKILL
      Schuylkill County Prison
      010381
      2nd Sanderson Sts.
      Pottsville, PA  17901



cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other____p/25/c____            ( )
      Schimelferg
                                                MARY E. D'ANDREA, Clerk


DATE:        1-4-01                         BY: _____
                                                Deputy Clerk
```