JUDGE'S COPY

Samuel E. Pullins
310 N. 12TH St.
Pottsville, PA. 17901

1-22-2001

I, Samuel E. Pullins, Plaintiff in case Docket No.: 1:00-CV-00872, Pullins v. County of Schuylkill Et. Al. Assigned Judge: Yvette Kane. Would like to put in a change of address from: Berks Co. Prison 1287 Co. Welfare Rd. To: Above permanent home address 310 N. 12TH St. Pottsville PA. 17901.

FILED
HARRISBURG

JAN 24 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Thank you,
Very Truely yours,
Samuel E. Pullins