SAMUEL E. PULLINS
4006 PERRY STREET
JACKSONVILLE, FLORIDA
32208

JUDGE'S COPY

(11)
Cop

RE: 1:00-CV-00872 PULLINS V. COUNTY
OF SCHUYLKILL, JUDGE: YVETTE KANE

PRSLC Schmeefivieg

CLERK of COURTS office, 228 WALNUT
STREET P.O. BOX 983, HARRISBURG,
PA 18501.

I SAMUEL E. PULLINS HAS CHANGED
ADDRESS from 310 N. 12TH STREET to
POTTSVILLE PA. 17901 TO 4006 PERRY
STREET, JACKSONVILLE FLORIDA, SO
I LIKE TO inform you of my MAIL-
ING ADDRESS CHANGING TO 4006 PERRY
STREET, JACKSONVILLE FLORIDA.

THANK YOU
Samuel E Pullins    3-22-01

FILED
HARRISBURG. PA

MAR 26 2001

MARY E. D'ANDREA. CLERK
Per _____ Deputy Clerk